# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Benjamin Mendoza,<br><br>　　　　　　　Petitioner,<br><br>v.<br><br>Louis Winn,<br><br>　　　　　　　Respondent. | No. CV-14-02345-TUC-RM (EJM)<br><br>**REPORT AND RECOMMENDATION** |

Petitioner Benjamin Mendoza filed his Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 on September 10, 2014. (Doc. 1). On February 23, 2015, the Court received notice that an Order mailed to Petitioner was returned as undeliverable. (Doc. 9). On March 4, 2015, Respondent filed his Answer to the Petition for Writ of Habeas Corpus. (Doc. 11). To date, Petitioner has not filed a Reply, nor has Petitioner notified the Court of his present address. A search by the Court of the Federal Bureau of Prisons Inmate Locator confirms that Petitioner is no longer in BOP custody.

Pursuant to the Court's Scheduling Order (Doc. 6), failure to comply with the Order, including failure to notify the Court of a change of address, may result in dismissal of this action without further notice. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (a district court may dismiss an action for failure to comply with an order of the Court).

Accordingly,

The Magistrate Judge hereby **RECOMMENDS** that the District Court dismiss this action for failure to prosecute (LRCiv 41.1), failure to notify the Court of address change (LRCiv 83.3), and failure to comply with an Order of the Court (*See Ferdik*, 963 F.2d at 1260-61).

Pursuant to 28 U.S.C. §636(b), any party may serve and file written objections within fourteen days after being served with a copy of this Report and Recommendation. A party may respond to another party's objections within fourteen days after being served with a copy thereof. FED. R. CIV. P. 72(b). No reply to any response shall be filed. See id. If objections are not timely filed, then the parties' rights to de novo review by the District Court may be deemed waived. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

Dated this 29th day of September, 2015.

Eric J. Markovich
United States Magistrate Judge